James L. BOUCHARD, Petitioner

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2011–3125.

United States Court of Appeals,
Federal Circuit.

May 29, 2012.

Beverly B. Bates, Bates & Baum, of Atlanta, Georgia, argued for petitioner.

Calvin M. Morrow, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Before NEWMAN, CLEVENGER, and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

---

GEOSPAN CORPORATION,
Plaintiff–Appellee,

v.

PICTOMETRY INTERNATIONAL
CORPORATION, Defendant–
Appellant.

No. 2012–1032.

United States Court of Appeals,
Federal Circuit.

May 29, 2012.

Joseph P. Titterington, Dunlap Codding, P.C., of Oklahoma City, OK, argued for plaintiff-appellee. With him on the brief were Douglas J. Sorocco and D. Ward Hobson.

Grant D. Fairbairn, Fredrikson & Bryson, P.A., of Minneapolis, MN, argued for defendant-appellant. With him on the brief were Darren B. Schwiebert and Kurt J. Niederluecke.

Before NEWMAN, LOURIE, and SCHALL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**